UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARCELLOUS SANTA BENNETT,

      Plaintiff,

Case No. 1:23-cv-653

v.

Honorable Ray Kent

KARYN BROWN et al.,

      Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: January 30, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge